# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:02-CR-16 CAS |
| ) | |
| RASHEEN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This closed criminal matter is before the Court on a letter from Rasheen Johnson received September 5, 2006, which the Court construes as a motion for extension of time for plaintiff to file a motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence.[1]

This Court has no authority to grant plaintiff additional time to file a motion under section 2255 past the one-year time limitation contained in the statute. See United States v. Herrera-Zaragosa, 84 F. App'x 728 (neither the district court nor the Court of Appeals has authority to permit the filing of a section 2255 motion out of time); 28 U.S.C. § 2255 (one-year limitation period). Additionally, the Court notes that Johnson filed a motion under 28 U.S.C. § 2255 on September 12, 2006, making the present motion moot. See Johnson v. United States, No. 4:06-CV-1363 CAS (E.D. Mo.).

---

[1] Defendant's letter states in pertinent part, "I know I have a deadline for November for my 2255. That comes to your court room . . . I wanted to ask for a extention [sic] or could you let me know something to do so that I don't loose [sic] my rights . . . ."

Accordingly,

**IT IS HEREBY ORDERED** that defendant's letter received September 5, 2006, construed as a motion for extension of time to file a section 2255 motion, is **DENIED as moot**. [Doc. 102]

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this 19th day of September 2006.